**Opinion issued October 18, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00372-CV

———————————

**GREATER HOUSTON PHYSICIANS MEDICAL ASSOCIATION, PLLC AND CENTRAL TEXAS PHYSICIAN'S MANAGEMENT, LP, Appellants**

**V.**

**JASON LANINGHAM, JEREMY LANINGHAM, AND CONROE WILLIS FAMILY MEDICINE, PLLC, Appellees**

———————————

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-18839**

———————————

## MEMORANDUM OPINION

Appellants, Greater Houston Physicians Medical Association, PLLC and Central Texas Physician's Management, LP, have filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.